**Order entered February 15, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00294-CR

### PATRICK DOUGLAS JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F18-76856-J

### ORDER

Court Reporter Kimberly Xavier's request for an extension of time to file the supplemental reporter's record is **GRANTED**, and we **ORDER** the supplemental reporter's record due **MARCH 15, 2023**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE